IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | : | CIVIL ACTION |
| v. | : | |
| BURKE LANDSCAPING, INC., et al. | : | NO. 13-4043 |

**ORDER**

And now, this 13th day of March, 2014, it is hereby **ORDERED** that the Court declines to assume jurisdiction over this matter. Accordingly, the matter is **DISMISSED** without prejudice to Plaintiff's ability to seek a declaration in state court. The Clerk shall mark this matter closed.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge